United States Bankruptcy Court
Northern District of Iowa

In re:
Cristobal Francisco-Nicola
Amy Lynn Francisco
       Debtors

Case No. 16-00306-TJC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0862-5     User: ssti     Page 1 of 1     Date Rcvd: Jun 28, 2016
                               Form ID: 318     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2016.
```
db/jdb         +Cristobal Francisco-Nicola,    Amy Lynn Francisco,    1521 Jones St.,    Apt. Up,
                 Sioux City, IA 51105-1236
2084171        +AAMS/Automated Accounts Management Servi,    4800 Mills Civic Parkway,    Suite 202,
                 West Des Moines, IA 50265-5265
2084172        +Anesthesia Consultants,    P.O. Box 683,    Sioux City, IA 51102-0683
2084174        +Bruening Eye Specialists,    P.O. Box 3566,    Sioux City, IA 51102-3566
2084175       #+Consumer Adjustment Co,    4121 Union Rd Ste 201,    Saint Louis, MO 63129-1070
2084176        +Dr. He,    575 Sioux Point Road,    North Sioux City, SD 57049-5312
2084177        +General Collection Co.,    310 N. Walnut St.,    Grand Island, NE 68801-5960
2084178        +Hawkeye Adj,    2300 Pierce St,    Sioux City, IA 51104-3851
2084179         LF Noll, Inc.,    605 Douglas St., Suite 344,    Sioux City, IA 51101
2084180        +Mercy Medical Behavioral Care,    801 5th St.,    Sioux City, IA 51101-1326
2084181        +Mid American Energy,    P.O. Box 8020,    Davenport, IA 52808-8020
2084184        +NW Iowa Emergency Physicians,    P.O. Box 310047,    Des Moines, IA 50331-0047
2084182        +Ncs Inc,    705 Douglas St,    Sioux City, IA 51101-1016
2084183        +Noll Collect,    705 Douglas St,    Sioux City, IA 51101-1067
2084185        +Radiology Partners,    80'1 5th St.,    Sioux City, IA 51101-1326
2084186        +Siouxland Community Health,    1021 Nebraska St.,    Sioux City, IA 51105-1436
2084187        +Siouxland Women's Health Care,    1000 Jackson St.,    Sioux City, IA 51105-1493
2084188         St. Francis Hospital,    2116 N. Faidley Ave.,    Grand Island, NE 68803
2084189         St. Luke's Regional Medical Center,    2729 Pierce St.,    Sioux City, IA 51104
2084190        +Us Dept Ed,    Po Box 1030,    Coraopolis, PA 15108-6030
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
2084175        +EDI: CACINC.COM Jun 28 2016 21:28:00      Consumer Adjustment Co,    4121 Union Rd Ste 201,
                 Saint Louis, MO 63129-1070
                                                                                              TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2084173       ##+Bargain Bedding,    2139 Riverside,    Sioux City, IA 51109-1432
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2016 at the address(es) listed below:
```
              Martha M. McMinn    on behalf of Debtor Cristobal  Francisco-Nicola Martha712@aol.com
              Martha M. McMinn    on behalf of Joint Debtor Amy Lynn Francisco Martha712@aol.com
              United States Trustee Daniel M. McDermott    USTPRegion12.CR.ECF@usdoj.gov
              Wil L. Forker    forkerlaw@aol.com,    cdicelaw@yahoo.com,ia06@ecfcbis.com,swichserlaw@gmail.com
                                                                                             TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Cristobal Francisco−Nicola** | Social Security number or ITIN  **xxx−xx−5259** |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Amy Lynn Francisco** | Social Security number or ITIN  **xxx−xx−7136** |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Iowa** | | Date case filed for chapter  **7**  **3/22/16** |
| Case number:  **16−00306 S** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Cristobal Francisco−Nicola

Amy Lynn Francisco
aka Amy Lynn Craig

6/28/16

**By the court:** Thad J. Collins
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form B318  **Order of Discharge**  page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**